ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Ikhana LLC | ) ASBCA No. 59981 |
| | ) |
| Under Contract No. N69450-12-C-1760 | ) |

APPEARANCE FOR THE APPELLANT:

William A. Scott, Esq.
Pedersen & Scott, P.C.
Charleston, SC

APPEARANCES FOR THE GOVERNMENT:

Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Matthew D. Bordelon, Esq.
Trial Attorney

ORDER OF DISMISSAL

The appellant has withdrawn its complaint and requested that the Board dismiss the above appeal without prejudice. The government does not oppose. Accordingly, the appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 12 February 2016

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59981, Appeal of Ikhana LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals